Per Local Rule 5.4(d), the matter(s) shall remain sealed:
___ years; ___ (specific date);
___ permanently; ___ (other).

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF FLORIDA<br><br>Plaintiffs,<br><br>v.<br><br>7051620 CANADA, INC., also doing business as NATIONWIDE MARKETING BUREAU, INC., NATIONAL BUSINESS ADVERTISING, NATIONAL BIZ ADS, AND YELLOW BUSINESS ADS, a Canada corporation,<br><br>FRANCOIS EGBERONGBE, individually and also doing business as NATIONAL BUSINESS ADVERTISING, NATIONAL BIZ ADS, and YELLOW BUSINESS ADS, and as an owner, officer, director, or manager of 7051620 CANADA, INC., and<br><br>ROBERT N. DURHAM, SR., individually and also doing business as NATIONAL BUSINESS ADVERTISING, NATIONAL BIZ ADS, and YELLOW BUSINESS ADS, and as an owner, officer, director or manager of 7051620 CANADA, INC.<br><br>Defendants. | Case No.: 14-22132-SEALED<br><br>Judge:<br><br>CIV- Moreno<br><br>**FILED UNDER SEAL**<br><br>~~(PROPOSED)~~ |

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO TEMPORARILY SEAL
THE ENTIRE FILE AND DOCKET**

Pursuant to Local Rule 5.4, Plaintiffs Federal Trade Commission and State of Florida have moved for an *ex parte* order temporarily sealing the entire file and docket in this case for five business days. (ECF No. ___.) The Court has carefully considered the merits of the Plaintiffs' Motion and finds that good cause exists to temporarily seal the entire file and docket in this case.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, and the Clerk of Court is **DIRECTED**, that the entire file and docket in this case, including all orders, pleadings, and other papers, be filed and maintained under seal for five business days from the date of this order—*i.e.*, **until 5:00 P.M. (EST) on June 17, 2014**, after which time the Clerk of the Court shall unseal and file the entire file and docket in this matter without further notice or hearing.

**IT IS FURTHER ORDERED** that while the entire file and docket in this case remain under seal, the Clerk shall make **no** notation of any of these materials on the docket, the public record, or PACER system, and the Clerk shall **not** send any notice of these materials to counsel appearing of record.

This Order shall not be construed to prohibit the disclosure of any document or information by the Plaintiffs or their agents.

SO ORDERED, this 11th day of June 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
F. MORENO

-1-